```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
SANDS BROTHERS, INC.,               :
                                    :
                    Petitioner,     :
                                    :           ORDER
          - against -               :
                                    :           04 Civ. 2984 (JFK)
NEW YORK STOCK EXCHANGE, INC.,      :
                                    :
                    Respondent.     :
------------------------------------X
```

**JOHN F. KEENAN, United States District Judge:**

Presently before the Court is an Order to Show Cause brought by the Respondent as to why this Court should not vacate the Temporary Restraining Order ("TRO") issued on April 16, 2004 by New York State Supreme Court Justice Tolub. The Court has reviewed the submissions of both parties on this matter and had a hearing at which both parties were represented. With the understanding that the arbitration enjoined by the TRO will be conducted in December of 2004, the Court sees no reason why the TRO should remain in place. The TRO is, therefore, vacated. The Court orders this case closed and directs the Clerk of Court to remove it from the Court's active docket.

SO ORDERED.

Dated: New York, New York
       July 1, 2004

                                    _____
                                         JOHN F. KEENAN
                                    United States District Judge